BALDWIN J. LEE (BAR NO. 187413)
MONICA M. QUINN (BAR NO. 198332)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: blee@allenmatkins.com
        mquinn@allenmatkins.com

JAMES H. COIL, III (PRO HAC VICE)
JOHN W. ALDEN (PRO HAC VICE)
KILPATRICK & STOCKTON, LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
PHONE: (404) 815-6500
FAX: (414) 815-6555
E-Mail: jcoil@kilpatrickstockton.com
        jalden@kilpatrickstockton.com

Attorneys for Defendant
Nestle Waters North America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HANSEN,<br><br>    Plaintiff,<br><br>v.<br><br>NESTLÉ WATERS NORTH AMERICA, INC., et al.,<br><br>    Defendant. | Case No. C 05 02995 JW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO HEAR DISPOSITIVE MOTIONS**<br><br>Judge: Hon. James Ware |

    1.    On or about November 28, 2005, the Court issued a Scheduling Order indicating that July 31, 2006 was the last day to hear dispositive motions in this matter.

    2.    The Court's clerk informed Defendant's counsel that the Court will not be hearing motions between July 10 – 13 and July 17 – August 31, 2006. Thus,

Allen Matkins Leck
Gamble & Mallory LLP
attorneys at law

722588.01/LA

Case No. C 05 02995 JW
Stipulation and Order to Extend Time to Hear
Dispositive Motions

1  IT IS HEREBY STIPULATED by and between Plaintiff Peter Hansen ("Plaintiff") and Defendant Nestlé Waters North America, Inc. ("Defendant"), through their respective counsel, that the deadline to hear dispositive motions be extended until September 11, 2006. The deadline for any opening/responding briefs to be filed will also be extended and will be calendared based on a new hearing date.

GOOD CAUSE EXISTS as the Court will not be hearing motions between July 10 - 13 and July 17 - August 31, 2006.

SO STIPULATED.

Dated: June 20, 2006

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
BALDWIN J. LEE
MONICA M. QUINN

By: _____
MONICA M. QUINN
Attorneys for Defendant
Nestlé Waters North America, Inc.

Dated: June 20, 2006

LAW OFFICES OF JOHN E. SKEATH

By: _____
PATRICK K. PALACIOS
Attorneys for Plaintiff
Peter Hansen

IT IS SO ORDERED.

Dated: June 22, 2006

By: _____
Hon. Judge James Ware

IT IS SO ORDERED
Judge James Ware
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Allen Matkins Leck
Gamble & Mallory LLP
Attorneys At Law

722188.07/LA

-2-

Case No. C 05 02995 JW
Stipulation and Order to Extend Time to Hear Dispositive Motions

# PROOF OF SERVICE
## *Peter Hansen v. Nestle Waters North America, Inc.*

STATE OF CALIFORNIA        )
                           ) ss.:
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Figueroa Street, 7th Floor, Los Angeles, California 90071-3398.

On **June 20, 2006**, I served the foregoing documents described as **STIPULATION AND ORDER TO EXTEND TIME TO HEAR DISPOSITIVE MOTIONS** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Patrick K. Palacios
Law Offices of John E. Skeath
2007 W. Hedding Street, Suite 100
San Jose, CA 95128

  **X**  **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  ____  **BY FACSIMILE TRANSMISSION:** from facsimile machine telephone number (213) 620-8816 to the facsimile number(s) indicated above.

  ____  **BY FEDERAL EXPRESS or OTHER OVERNIGHT DELIVERY SERVICE:** for delivery on the next business day.

Executed on **June 20, 2006**, at Los Angeles, California.

  **X**  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Ana Reisner

722760.01/LA