**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7            IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION

10  Peter Hansen,                           NO. C 05-02995 JW

11           Plaintiff,                     **ORDER CONTINUING HEARING ON**
         v.                                 **DEFENDANT'S MOTION FOR**
12                                          **SUMMARY JUDGMENT**
    Nestle Waters North America, Inc., et al.,
13
             Defendants.
14                                       /

15       Please take note that on the Court's own motion, the hearing on Defendant's Motion for

16  Summary Judgment, presently scheduled for September 11, 2006 is continued to **October 30, 2006**

17  **at 9 a.m.**  The Court notes that Plaintiff has yet to file a response to Defendant's motion.  The Court

18  reminds Plaintiff that such failure may result in dismissal pursuant to Fed. R. Civ. P. 41(b).  In light

19  of the new hearing date, the parties shall follow the briefing schedule established by the Civil Local

20  Rules of this Court.

21

22  Dated: August 24, 2006                          _____
                                                    JAMES WARE
23                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Baldwin J. Lee blee@allenmatkins.com
Lindbergh Porter lporter@littler.com
Mary D. Walsh MDWalsh@littler.com
Patrick K. Palacios palacioslaw@earthlink.net
Richard H. Rahm rrahm@littler.com

**Dated: August 24, 2006**                                **Richard W. Wieking, Clerk**

                                                          **By:  /s/ JW Chambers**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California