**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                              SAN JOSE DIVISION

10  Peter Hansen,                           NO. C 05-02995 JW

11              Plaintiff,                  **ORDER CONTINUING PRELIMINARY**
      v.                                    **PRETRIAL CONFERENCE**
12
    Nestle Waters North America, Inc.,
13
                Defendant.
14  _____/

15       Please take note that the Preliminary Pretrial Conference presently scheduled for November
16  20, 2006 is continued to **December 18, 2006 at 11 AM.**

17

18  Dated: November 14, 2006                _____
                                             JAMES WARE
19                                           United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Baldwin J. Lee blee@allenmatkins.com
Lindbergh Porter lporter@littler.com
Mary D. Walsh MDWalsh@littler.com
Patrick K. Palacios palacioslaw@earthlink.net
Richard H. Rahm rrahm@littler.com

**Dated:  November 14, 2006**                         **Richard W. Wieking, Clerk**

                                                      **By:    /s/ JW Chambers             **
                                                               **Elizabeth Garcia**
                                                               **Courtroom Deputy**