IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Peter Hansen, | NO. C 05-02995 JW |
| Plaintiff, | **ORDER CONTINUING PRELIMINARY PRETRIAL/TRIAL SETTING CONFERENCE** |
| v. | |
| Nestle Waters North America, Inc., | |
| Defendant. | |

On its own motion, the Court continues the preliminary pretrial/trial setting conference scheduled for December 18, 2006 to **January 29, 2007 at 11:00 a.m.**

Dated: December 14, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Baldwin J. Lee blee@allenmatkins.com
Lindbergh Porter lporter@littler.com
Mary D. Walsh MDWalsh@littler.com
Patrick K. Palacios palacioslaw@earthlink.net
Richard H. Rahm rrahm@littler.com

**Dated: December 14, 2006**                **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
     **Elizabeth Garcia**
     **Courtroom Deputy**