IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Peter Hansen, | NO. C 05-02995 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Nestlé Waters North America, Inc., | |
| Defendant. | |

Pursuant to the Court's December 21, 2006 Order Granting Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant Nestle Waters North America, Inc. and against Plaintiff Peter Hansen.

The Clerk shall close this file.

Dated: December 21, 2006

JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Baldwin J. Lee blee@allenmatkins.com
Lindbergh Porter lporter@littler.com
3  Mary D. Walsh MDWalsh@littler.com
Patrick K. Palacios palacioslaw@earthlink.net
4  Richard H. Rahm rrahm@littler.com

6  **Dated: December 21, 2006**                                      **Richard W. Wieking, Clerk**

                                                                     **By:   /s/ JW Chambers**
                                                                           **Elizabeth Garcia**
                                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California